WILLIAM S. VAN CLIEF, Respondent, *v.* ELIZABETH R. JENKINS, Appellant, et al.

*Van Clief* v. *Jenkins*, 60 App. Div. 632, affirmed.
(Argued October 16, 1902; decided October 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Edward A. Alexander* for appellant.

*William D. Gaillard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, CULLEN and WERNER, JJ.

---

ELBERT STANNARD, Respondent, *v.* THE WHITESTONE FORGE AND CONSTRUCTION COMPANY, Appellant.

*Stannard* v. *Whitestone F. & C. Co.*, 61 App. Div. 622, affirmed.
(Argued October 16, 1902; decided October 31, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 4, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Carlos C. Alden, Ingle Carpenter* and *James R. Rogers* for appellant.

*Albert G. McDonald* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, CULLEN and WERNER, JJ.